OETJEN, Respondent, v. FAJEN, Appellant.

(City Court of New York, General Term. November 27, 1893.)

Action by Herman Oetjen against Henry F. Fajen.
Argued before NEWBURGER and McCARTHY, JJ.

Gumbleton & Hottenroth, for appellant.
Foster, Hotaling & Klenke, for respondent.

McCARTHY, J. This is an appeal from an order denying a motion to vacate and set aside a judgment entered herein, and to vacate and set aside an attachment issued in the same action. The facts are conflicting, and appear to have been fairly and fully considered by the justice who passed on the motion. It involves a question of fact, and we do not feel that we can determine more correctly than he. Order is affirmed, with costs.

---

HECHT, Respondent, v. BRANDUS, Appellant.

(Common Pleas of New York City and County, General Term. June 19, 1893.)

PER CURIAM. Motion denied. with $10 costs. See 23 N. Y. Supp. 1004.